**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**NYDEED B.K. NASHADDAI, #R32076**

     **Plaintiff,**

**vs.**                               **Case No. 4:13cv421-MW/CAS**

**DIANA ANDREWS, et al.,**

     **Defendants.**

_____/


**REPORT AND RECOMMENDATION**

     This cause is before me upon referral from the Clerk.  In an order filed September 16, 2013, Plaintiff was directed to file an amended complaint by October 16, 2013. Plaintiff was specifically warned that a recommendation would be made that this case be dismissed if there was a failure to comply with that order.  Doc. 4. Plaintiff then filed two motions for extension, docs 6 and 8, both of which were granted, docs. 7 and 9, and the last date Plaintiff was given to file his amended complaint was January 10, 2014. Plaintiff was specifically advised that no further extensions of time would be granted without good cause shown.  To date, no response has been received from the Plaintiff.

     A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962);

<u>Chambers v. NASCO, Inc.</u>, 501 U.S. 32, 44, 111 S. Ct. 2123, 2132, 115 L. Ed. 2d 27

(1991).  Also, Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for

failure to obey a court order.  <u>Moon v. Newsome</u>, 863 F.2d 835, 838 (11th Cir. 1989),

cert. denied, 493 U.S. 863 (1989), and cases cited; <u>Phipps v. Blakeney</u>, 8 F.3d 788, 790

(11th Cir. 1993).  Plaintiff did not comply with a court order and prosecute this case.  As

a result, this action should be dismissed.

Plaintiff shall have a 14-day period after service of this Report and

Recommendation in which to file objections.  This will also afford Plaintiff a final

opportunity to show good cause for his failure to respond.  Alternatively, Plaintiff may

also file a "motion for reconsideration" which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED**

without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on January 23, 2014.


**s/ Charles A. Stampelos**
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


**<u>NOTICE TO THE PARTIES</u>**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**