IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NYDEED B.K. NASHADDAI,**

    **Plaintiff,**

v.                                CASE NO.  4:13-cv-421-MW/CAS

**DIANA ANDREWS, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered the Magistrate's Report and Recommendation, ECF No. 10, filed January 23, 2014.   Upon consideration, no objections having been filed,

    IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for failure to prosecute and failure to obey a court order, Fed. R. Civ. P.

1

41(b)." The Clerk shall close the file.

**SO ORDERED on February 24, 2014.**

**s/Mark E. Walker**
**United States District Judge**
