IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NYDEED B.K. NASHADDAI,**

    **Plaintiff,**

v.                                                                CASE NO.  4:13-cv-421-MW/CAS

**DIANA ANDREWS, et al.,**

    **Defendants.**

_____/

ORDER WITHDRAWING ORDER ADOPTING
REPORT AND RECOMMENDATION AND CLERK'S JUDGMENT
AND DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

    This Court has considered, without hearing, Plaintiff's Response to Report and Recommendation and Request for Extension of Time, ECF No. 13, filed March 7, 2014, and has considered the response as a motion to set aside the judgment pursuant to Rule 60 of the Federal Rules of Civil Procedure.  The motion is **GRANTED**.

    The Order Accepting and Adopting Report and Recommendation, ECF No. 11, filed February 24, 2014, is hereby **withdrawn**.  The Clerk is directed to withdraw its Judgment of February 25, 2014, ECF No. 12.  Plaintiff shall file his

1

amended complaint, consistent with the prior orders of the Magistrate, within 60 days of this order.

**SO ORDERED on March 12, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**