IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NYDEED B. K. NASHADDAI,**

    **Plaintiff,**

v.                                                Case No. 4:13cv421-MW/CAS

**A. L. JOHNSON,
RONALD N. MOCK,
TERRY L. WHITLOCK, and
other UNKNOWN OFFICERS,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 71. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The motion to dismiss filed by Defendant Mock, ECF No. 62, is **GRANTED**. Plaintiff's claims for compensatory and punitive damages are dismissed pursuant to 42 U.S.C. § 1997d(e), the claims for injunction and declaratory relief are dismissed, and the claim against Defendant Mock may proceed in his individual capacity only for nominal damages. Defendant Mock is

1

required to file an answer to Plaintiff's fourth amended complaint within ten days of this order.  This case is **remanded** to the Magistrate Judge for further proceedings.

      **SO ORDERED on January 13, 2017.**

                          <u>s/Mark E. Walker</u>             ____
                          **United States District Judge**