# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**NYDEED NASHADDAI,**

    Plaintiff,

v.                                        Case No. 4:13cv421-MW/CAS

**A. L. JOHNSON,
RONALD N. MOCK,
TERRY L. WHITLOCK. and
OTHER UNKNOWN OFFICERS,**

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Second Report and Recommendation. ECF No. 102. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The motion for summary judgment, ECF No. 82, is **GRANTED.** Plaintiff's Eighth Amendment and due process claims against Defendant Mock are dismissed with prejudice. Plaintiff's

1

claims against all other named Defendants are dismissed without prejudice for failure to prosecute." The Clerk shall close the file.

**SO ORDERED on March 8, 2018.**

<u>**s/Mark E. Walker**</u>     ____
**United States District Judge**